**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| FAR NORTH PATENTS, LLC,<br><br>    Plaintiff,<br><br>      v.<br><br>CONSOLIDATED COMMUNICATIONS HOLDINGS, INC., CONSOLIDATED COMMUNICATIONS ENTERPRISE SERVICES, INC., CONSOLIDATED COMMUNICATIONS OF TEXAS COMPANY, and CONSOLIDATED COMMUNICATIONS, INC.,<br><br>    Defendants. | CIVIL ACTION NO. 4:20-cv-822 (Consolidated Lead Case)<br><br>FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT<br><br>**JURY TRIAL DEMANDED** |

**FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT**

Pursuant to Rule 15(a)(1)(B), Plaintiff Far North Patents, LLC ("Far North Patents" or "Plaintiff") files this first amended complaint against Defendants Consolidated Communications Holdings, Inc., Consolidated Communications Enterprise Services, Inc., Consolidated Communications of Texas Company, and Consolidated Communications, Inc. (collectively "Consolidated"), alleging, based on its own knowledge as to itself and its own actions and based on information and belief as to all other matters, as follows:

**PARTIES**

1.     Far North Patents is a limited liability company formed under the laws of the State of Texas, with its principal place of business at 18383 Preston Rd Suite 250, Dallas, Texas, 75252.

2.      Consolidated Communications Holdings, Inc. is a corporation duly organized and existing under the laws of Delaware.  Consolidated Communications Holdings, Inc. may be served through its registered agent Cogency Global Inc., at 850 New Burton Road Suite 201, Dover Delaware 19904.

3.      Consolidated Communications Enterprise Services, Inc. is a corporation duly organized and existing under the laws of Delaware.  Consolidated Communications Enterprise Services, Inc. may be served through its registered agent Cogency Global Inc., at 1601 Elm Street Suite 4360, Dallas, Texas 75201.

4.      Consolidated Communications of Texas Company is a corporation duly organized and existing under the laws of Texas.  Consolidated Communications of Texas Company may be served through its registered agent Cogency Global Inc., at 1601 Elm Street Suite 4360, Dallas, Texas 75201.

5.      Consolidated Communications, Inc. is a corporation duly organized and existing under the laws of Illinois.  Consolidated Communications, Inc. may be served through its registered agent Cogency Global Inc., at 600 South Second Street, Suite 404, Springfield, Illinois 62704.

6.      The Defendants identified in paragraphs 2-5 above (collectively, "Consolidated") are an interrelated group of companies which together comprise one of the largest providers of internet services and DSL modems in the United States, including under the Consolidated brand.

7.      The Consolidated defendants named above and their affiliates are part of the same corporate structure and distribution chain for the making, importing, offering to sell, selling, and using of the accused devices in the United States, including in the State of Texas generally and this judicial district in particular.

8.      The Consolidated defendants named above and their affiliates share the same management, common ownership, advertising platforms, facilities, distribution chains and platforms, and accused product lines and products involving related technologies.

9.      The Consolidated defendants regularly contract with customers regarding equipment or services that will be provided by their affiliates on their behalf.

10.     Thus, the Consolidated defendants named above and their affiliates operate as a unitary business venture and are jointly and severally liable for the acts of patent infringement alleged herein.

## JURISDICTION AND VENUE

11.     This is an action for infringement of United States patents arising under 35 U.S.C. §§ 271, 281, and 284–85, among others. This Court has subject matter jurisdiction of the action under 28 U.S.C. § 1331 and § 1338(a).

12.     This Court has personal jurisdiction over Consolidated pursuant to due process and/or the Texas Long Arm Statute because, *inter alia*, (i) Consolidated has done and continues to do business in Texas; (ii) Consolidated has committed and continues to commit acts of patent infringement in the State of Texas, including making, using, offering to sell, and/or selling accused products in Texas, and/or importing accused products into Texas, including by Internet sales and sales via retail and wholesale stores, inducing others to commit acts of patent infringement in Texas, and/or committing a least a portion of any other infringements alleged herein; and (iii) Consolidated Communications Enterprise Services, Inc. and Consolidated Communications of Texas Company are registered to do business in Texas.

13.     Venue is proper in this district pursuant to 28 U.S.C. § 1400(b).  Venue is further proper because Consolidated has committed and continues to commit acts of patent infringement

in this district, including making, using, offering to sell, and/or selling accused products in this district, and/or importing accused products into this district, including by Internet sales and sales via retail and wholesale stores, inducing others to commit acts of patent infringement in Texas, and/or committing at least a portion of any other infringements alleged herein in this district. Consolidated has regular and established places of business in this district, including at least at its Lufkin Customer Service & Business Office at 321 N. First Street, Lufkin, Texas 75901, as shown in the below screenshots:



(Source: screenshot from Angelina CAD website)



(Source: screenshot from Google Maps Street View)



(Source: screenshot from https://www.consolidated.com/about-us/locations/texas)





(Source: screenshot from https://www.consolidated.com/about-us/locations/texas)

## Texas Consolidated Communications Services

**Residential**



**Internet Service**
We offer the best pricing and customer support in the area, with flexible high-speed Internet service plans to fit your needs. Learn more about home Internet services in Conroe, Katy & Lufkin.



**TV Service**
Watch your favorite shows when it's convenient for you by choosing one of several digital TV service plans that best fits your needs. Learn more about digital TV service in Conroe, Katy & Lufkin.



**Phone Service**
Along with high-speed Internet, get unlimited long distance with our bargain-priced VoIP phone service. Learn more about phone service in Conroe, Katy & Lufkin.

**Business**



**Data Networking Service**
Choose from a wide selection of high-bandwidth, high security solutions for Internet service, email, web hosting and more. Learn about Texas data networking services.



**Voice Service**
We have cost-effective, flexible telephone service options for businesses of all sizes. Unified communications, dynamic bandwidth and more. Learn about Texas voice services.



**Cloud Services**
Make sure your business data is accessible and secure at all times with our secure cloud hosted VoIP solution. Learn more about Texas cloud services.

(Source: screenshot from https://www.consolidated.com/about-us/locations/texas)

## **BACKGROUND**

14.     The patents-in-suit generally pertain to techniques for delivering high speed internet connections and other advanced communication services.  The technology disclosed by the patents was developed by personnel at 3Com Corporation ("3Com").

15.     3Com was a U.S. telecommunications and consumer electronics company.  Listed on the NASDAQ, 3Com made the Fortune 500 list in five separate years.  3Com was a major contributor to Ethernet technology as well as other technology enabling high speed internet connections.  The patents developed at 3Com ("the Lewin patents") relate to very high speed digital subscriber line ("VDSL") technology.  The technology is used in various types of VDSL equipment including customer premise equipment such as DSL modems and provider equipment such as digital subscriber line access multiplexers ("DSLAMs").

16.     The Lewin patents have been cited during patent prosecution by numerous

leading companies in the communications industry, including Altera, AT&T, Bell Canada,

Canon, Cisco, Huawei, Infineon, IBM, Samsung, Southwestern Bell, Semiconductor Energy

Laboratory, Serconet, Siemens, Via Technologies, and ZTE.

### COUNT I

### DIRECT INFRINGEMENT OF U.S. PATENT NO. 8,031,707

17.     On October 4, 2011, United States Patent No. 8,031,707 ("the '707 Patent") was

duly and legally issued by the United States Patent and Trademark Office for an invention

entitled "System for Transporting Ethernet Frames Over Very High Speed Digital Subscriber

Lines."

18.     Far North Patents is the owner of the '707 Patent, with all substantive rights in

and to that patent, including the sole and exclusive right to prosecute this action and enforce the

'707 Patent against infringers, and to collect damages for all relevant times.

19.     Consolidated made, had made, used, imported, provided, supplied, distributed,

sold, and/or offered for sale products and/or systems including, for example, its Consolidated

Internet service using the Zhone 6729-W1 Modem/Router family of products, that include

VDSL2 capabilities ("accused products"):



(Source : https://www.consolidated.com/support/residential-support/internet-email-support/internet-installation-modem-guides)

## Step 3: Start Browsing!

Your High-Speed Internet should be up and running at this time. If you are a Macintosh User and still need assistance, please call Consolidated Communications Tech Support toll-free at **800.480.0080.**

If you are on a PC and have an older version of Windows and are not able to connect, check to see that your computer's TCP/IP is configured correctly. Please call Consolidated Communications Tech Support toll-free at **800.480.0080** for assistance.

## Step 4: Email Options

**Web Mail:** You can access Consolidated Web Mail by going to mycci.net. You will need your Username and Password. Web Mail can be used alone or in conjunction with other types of mail programs.

**Outlook Express or Other POP3 Mail Programs:** For help configuring Outlook or POP3 mail go to mycci.net and select Support or call Tech Support at **800.480.0080.**

For information on wireless setup and security for the router please visit www.consolidated.com/wirelessrouter



800.480.0080  |  consolidated.com

830-04112-01



# HIGH-SPEED INTERNET
## SELF INSTALLATION GUIDE

Username: _____

Password: _____

(Source : https://www.consolidated.com/Portals/0/Support/Residential Support/High-Speed Internet/Internet Installation and Modem Guides/ZhoneConfig/Zhone 6729 Install Guide.pdf)



(Source : https://www.consolidated.com/Portals/0/Support/Residential Support/High-Speed Internet/Internet Installation and Modem Guides/ZhoneConfig/Zhone 6729 Install Guide.pdf)



(Source : https://www.consolidated.com/Portals/0/Support/Residential Support/High-Speed Internet/Internet Installation and Modem Guides/ZhoneConfig/Zhone 6729 Install Guide.pdf)



### Zhone – 6729-W1 – xDSL-Bonding 4-Port 802.11B/G/N Gateway

-  VDSL2 pair bonding with Profiles 8a/b/c/d or 12a/b or 17a or ADSL2+ Pair Bonding
- VDSL2 single line with profiles 8a/b/c/d, 12a/b, 17a or 30a or ADSL2/2+
- Supports G.Vector and G.INP
- Integrated Gig-E Ethernet port for GPON development
- Supports IEEE 802.11b/g/n WiFi with 2-builtin transmitter and receiver antennae
- High power WiFi (400mW) for better WiFi coverage
- 4 Gig-E LAN Ports

| 1 | **Add to Quote** |

SKU: 6729-W1 Categories: Dasan Zhone Solutions, Modem Products, VDSL2, Customer Premise Equipment (CPE), Set-top Boxes (STB), Cable Modems, Data, Routers, Dasan Zhone Router, Wireless

(Source : https://www.multicominc.com/product/zhone-6729-w1-xdsl-bonding-4-port-802-11bgn-gateway/)

20.     By doing so, Consolidated has directly infringed (literally and/or under the doctrine of equivalents) at least Claim 1 of the '707 Patent.  Consolidated's infringement in this regard is ongoing.

21.     Consolidated has infringed the '707 Patent by making, having made, using, importing, providing, supplying, distributing, selling or offering for sale products including an apparatus comprising an Ethernet transceiver configured to receive an Ethernet frame from a

source. For example, the Accused Products are and have been used by Defendant to implement the ITU-T G.993.2 recommendation, whose requirements were in effect at least six years before the Original Complaint. The Recommendation specified by ITU-T G.993.2 includes a VTU (VDSL2 Transceiver Unit) functional model that transports ethernet packets using a very high-speed digital subscriber line (VDSL). The model includes an application specific layer comprising Transport Protocol Specific - Transmission Convergence (TPS-TC) sub-layers. The TPS-TC layers support transport of ethernet packets using ATM-TC (Asynchronous Transfer Mode – Transmission Convergence). Also, the ITU-T G.993.2 standard recommends transfer of ethernet packets using PTM-TC (Packet Transfer Mode – Transmission Convergence). Further, the signals sent from the TPS-TC layer, either using ATM-TC or PTM-TC are converted into a unified format i.e., the signals from TPS-TC layer are application-independent in the subsequent layers of transmission. The ethernet packets are transported, so they are transmitted from an ethernet transmitter to an ethernet receiver. Both ethernet transmitter and ethernet receiver constitutes an ethernet transceiver which receives Ethernet frames from an Ethernet source such as a computer with a network card.



(Source : https://www.consolidated.com/Portals/0/Support/Residential Support/High-Speed

Internet/Internet Installation and Modem Guides/ZhoneConfig/Zhone 6729 Install Guide.pdf)



**Figure 5-1/G.993.2 – VDSL2 and VTU functional model**

(Source: https://www.itu.int/rec/dologin_pub.asp?lang=e&id=T-REC-G.993.2-200602-S!!PDF-E&type=items)

---

**8.1.1    User data TPS-TC types**

There are three types of user data TPS-TCs defined in this Recommendation:

•        Type 1: STM transport (STM-TC);

•        Type 2: ATM transport (ATM-TC); and

•        Type 3: Ethernet and generic packet transport (PTM-TC).

Each of these three types is defined as an application option. The VTU-O selects the user data TPS-TC type for each bearer channel, both upstream and downstream, based on the type of higher layer data it chooses to support on that bearer channel. The enabled user data TPS-TC type for each of the bearer channels is indicated during initialization.

Functionality, parameters, and application interface (γ interface) characteristics of the user data TPS-TCs supporting STM transport (STM-TC), ATM transport (ATM-TC), and ethernet and generic packet transport (PTM-TC) are specified in K.1, K.2 and K.3, respectively.

The transmit signals of the TPS-TC are submitted to the α/β interface. Signals passing via the α/β interface in both directions have an application-independent (transport protocol independent) format, as specified in 8.1.2. The particular bit rates for each of the multiplexed TPS-TCs at the α/β reference point are determined during system configuration.

---

(Source: https://www.itu.int/rec/dologin_pub.asp?lang=e&id=T-REC-G.993.2-200602-S!!PDF-

E&type=items)

---

**K.3        Packet transmission convergence function (PTM-TC)**

**K.3.1    Scope**

The PTM-TC is intended for Ethernet transport and generic packet transport. The PTM-TC function provides procedures for the transport of one PTM-TC stream in either the upstream or downstream direction. Packet boundaries, octet boundaries, and the position of most significant bits are explicitly maintained across the transport for the PTM-TC stream. The PTM-TC stream is presented asynchronously across the $γ_R$ or $γ_O$ reference point with respect to the synchronization signals across the α/β interface.

The reference model, functionality, and γ interface of the PMS-TC are defined in Annex N/G.992.3 [10]. Referring to the reference model of Annex N/G.992.3 [10], the PTM-TC function of VDSL2 could be established over either of the enabled bearer channels.

---

(Source: https://www.itu.int/rec/dologin_pub.asp?lang=e&id=T-REC-G.993.2-200602-S!!PDF-

E&type=items)

22.        The accused products include a very high speed digital subscriber line (VDSL)

transceiver configured to transmit on at least one VDSL link, wherein a VDSL protocol for the

VDSL link defines a fixed size for each VDSL frame to be transmitted on the VDSL link.  For

example, the Accused Products are and have been used by Defendant to implement the ITU-T

G.993.2 recommendation, whose requirements were in effect at least six years before the

Original Complaint.  The Recommendation ITU-T G.993.2 includes VTU (VDSL2 transceiver

unit) to transmit the user data using TPS-TC layers. The VTU further supports mapping of all

TPS-TC types to all bearer channels that carry main data i.e. each VDSL link that transports user

data supports multiple protocols. One such transport protocol is ATM-TC (VDSL protocol).

ATM-TC protocol defines procedures for transporting ethernet frames that are encapsulated into

ATM cells (VDSL frames) over VDSL links. Each ATM cell has a fixed length of 53 octets

(fixed size) and is transported via VDSL link.



(Source : https://www.consolidated.com/Portals/0/Support/Residential Support/High-Speed

Internet/Internet Installation and Modem Guides/ZhoneConfig/Zhone 6729 Install Guide.pdf)



## Zhone – 6729-W1 – xDSL-Bonding 4-Port 802.11B/G/N Gateway

- VDSL2 pair bonding with Profiles 8a/b/c/d or 12a/b or 17a or ADSL2+ Pair Bonding
- VDSL2 single line with profiles 8a/b/c/d, 12a/b, 17a or 30a or ADSL2/2+
- Supports G.Vector and G.INP
- Integrated Gig-E Ethernet port for GPON development
- Supports IEEE 802.11b/g/n WiFi with 2-builtin transmitter and receiver antennae
- High power WiFi (400mW) for better WiFi coverage
- 4 Gig-E LAN Ports



| 1 | **Add to Quote** |

SKU: 6729-W1 Categories: Dasan Zhone Solutions, Modem Products, VDSL2, Customer Premise Equipment (CPE), Set-top Boxes (STB), Cable Modems, Data, Routers, Dasan Zhone Router, Wireless

(Source : https://www.multicominc.com/product/zhone-6729-w1-xdsl-bonding-4-port-802-11bgn-gateway/)

---

**8.1    The user data TPS-TC**

**8.1.1    User data TPS-TC types**

There are three types of user data TPS-TCs defined in this Recommendation:

- Type 1: STM transport (STM-TC);
- Type 2: ATM transport (ATM-TC); and
- Type 3: Ethernet and generic packet transport (PTM-TC).

---

(Source: https://www.itu.int/rec/dologin_pub.asp?lang=e&id=T-REC-G.993.2-200602-S!!PDF-E&type=items)

| | |
|---|---|
| VDSL | Very High Speed Digital Subscriber Line |
| VME | VDSL2 Management Entity |
| VTU | VDSL2 Transceiver Unit |
| VTU-O | VTU at the ONU (or central office, exchange, cabinet, etc., i.e., operator end of the loop) |
| VTU-R | VTU at the remote site (i.e., subscriber end of the loop) |

(Source: https://www.itu.int/rec/dologin_pub.asp?lang=e&id=T-REC-G.993.2-200602-S!!PDF-E&type=items)

A VTU shall support mapping of all supported TPS-TC types to all supported bearer channels, except that PTM on one bearer channel and ATM on the other bearer channel shall not be enabled simultaneously. The valid labelling of supported bearer channels shall start from 0 and increase by

(Source: https://www.itu.int/rec/dologin_pub.asp?lang=e&id=T-REC-G.993.2-200602-S!!PDF-E&type=items)

## ATM-TC

### G.1   Scope

This annex specifies a VDSL ATM Transport Protocol Specific Transmission Convergence sublayer (ATM-TC), which describes the ATM based service transmission over a VDSL link. This annex defines a minimum set of requirements to deliver an ATM service from the ONU to the remote customer premises. It is based on the ITU-T Recs. I.432.x. The ATM-TC specification is applicable at both the VTU-O side and the VTU-R side.

(Source: https://www.itu.int/rec/dologin_pub.asp?lang=e&id=T-REC-G.993.1-200111-S!!PDF-E&type=items)

### G.4.1.1   Data flow

The Data flow consists of two streams of 53 octet ATM cells each (Tx_ATM, Rx_ATM) with independent rates flowing in opposite directions. Rate values are arbitrary under a predefined upper limit of aggregate channel capacity determined by the data rate at the corresponding α (or β) interface. The Data flow signal description is presented in Table G.1.

The ATM cell format is identical in both transmit and receive directions: 52 out of the 53 octets carry ATM layer data (user data). Octet number 5 is undefined (intended for HEC insertion in the TC sublayer).

(Source: https://www.itu.int/rec/dologin_pub.asp?lang=e&id=T-REC-G.993.1-200111-S!!PDF-E&type=items)

> and I.2 and shown in Figure I.1. When a flow control flag is activated by the VTU-O (i.e. the VTU-O wants to transmit or receive a cell), the ATM layer initiates a cell Tx or cell Rx cycle (53 byte transfer). The VTU supports transfer of a complete cell within 53 consecutive clock cycles.

(Source: https://www.itu.int/rec/dologin_pub.asp?lang=e&id=T-REC-G.993.1-200111-S!!PDF-E&type=items)

> lation). At present, the most common solution for transporting Ethernet frames over DSL is bridged IP DSLAM, where Ethernet frames are assembled into ATM adaptation layer 5 (AAL5) and encapsulated into ATM cells before they are sent to the DSL physical link (Figure 11). The Segmentation and Reassembly (SAR) block processes the Ethernet frames. The ATM cells are transported over a UTOPIA (universal test and operations PHY interface for ATM) L2 electrical interface to an application-specific interface called the ATM TPS-TC (transport protocol-specific – transmission convergence). TSP-TC is also sometimes denoted ATM-TC, for example, in the context of the xTU-C (xDSL transceiver unit – central office).

(Source:

http://citeseerx.ist.psu.edu/viewdoc/download?doi=10.1.1.468.597&rep=rep1&type=pdf)

23.    The accused products include an encapsulation unit coupled to the Ethernet transceiver and the VDSL transceiver, wherein the encapsulation unit is configured to encapsulate the Ethernet frame in a corresponding frame.  For example, the Accused Products are and have been used by Defendant to implement the ITU-T G.993.2 recommendation, whose requirements were in effect at least six years before the Original Complaint.  The TPS-TC layers

support transport of various types of user data. According to ITU-T G.993.2, ethernet packet is one of the user data types transported using Packet transmission convergence function (PTM-TC) function. The PTM-TC function provides procedures for transporting ethernet packets. The ethernet packets are transported, so the packets are transmitted from an ethernet transmitter to an ethernet receiver. Both ethernet transmitter and ethernet receiver constitutes an ethernet transceiver.  Further, the PTM-TC function mentioned in the recommendation ITU-T G.993.2 is used for transporting ethernet frames using VDSL transceiver unit (VTU). Also, the PTM-TC encapsulates the ethernet frame into a PTM-TC frame (corresponding frame) by appending CRC to each ethernet frame.  The hardware and/or software implementing this functionality is an encapsulation unit.

---

**K.3      Packet transmission convergence function (PTM-TC)**

**K.3.1    Scope**

The PTM-TC is intended for Ethernet transport and generic packet transport. The PTM-TC function provides procedures for the transport of one PTM-TC stream in either the upstream or downstream direction. Packet boundaries, octet boundaries, and the position of most significant bits are explicitly maintained across the transport for the PTM-TC stream. The PTM-TC stream is presented asynchronously across the $\gamma_R$ or $\gamma_O$ reference point with respect to the synchronization signals across the $\alpha/\beta$ interface.

The reference model, functionality, and $\gamma$ interface of the PMS-TC are defined in Annex N/G.992.3 [10]. Referring to the reference model of Annex N/G.992.3 [10], the PTM-TC function of VDSL2 could be established over either of the enabled bearer channels.

---

(Source: https://www.itu.int/rec/dologin_pub.asp?lang=e&id=T-REC-G.993.2-200602-S!!PDF-E&type=items)

---

**K.3.8    Functionality**

The functionality of the PTM-TC shall implement 64/65-octet encapsulation as defined in Annex N/G.992.3 [10], and shall include encapsulation, packet error monitoring, data rate decoupling, and frame delineation.

For frame error monitoring, the transmitting PTM-TC shall insert the 16-bit CRC defined in N.3.3/G.992.3 [10].

---

(Source: https://www.itu.int/rec/dologin_pub.asp?lang=e&id=T-REC-G.993.2-200602-S!!PDF-E&type=items)

---

### Annex N

### 64/65-octet PTM-TC sublayer functional specifications

**N.1    Scope**

The PTM-TC shall provide full transparent transfer of packets between the γ reference points at network and premises side (except non-correctable errors caused by the transmission medium). It shall also provide packet integrity and packet error monitoring capability.

In the transmit direction, the PTM-TC receives packets from the higher layer PTM entity via the γ-interface. An additional CRC is calculated on the packet and appended (to construct a PTM-TC frame). The PTM-TC then performs 64/65-octet encapsulation on the frame, and sends the resulting codewords to the PMS-TC via the α/β-interface. In the receive direction, the PTM-TC receives codewords from the PMS-TC via α/β-interface, recovers the transported PTM-TC frame, checks the CRC, and submits the extracted packet to the PTM entity via the γ-interface.

---

(Source: https://www.itu.int/rec/dologin_pub.asp?lang=e&id=T-REC-G.992.3-200509-S!Amd1!PDF-E&type=items)

24.     The accused products include wherein the corresponding frame exceeds the fixed size defined in the VDSL protocol, and wherein the VDSL transceiver is configured to transmit the corresponding frame on the VDSL link even though the corresponding frame exceeds the fixed size.  For example, the Accused Products are and have been used by Defendant to implement the ITU-T G.993.2 recommendation, whose requirements were in effect at least six years before the Original Complaint.  The Recommendation ITU-T G.993.2 includes VTU (VDSL2 transceiver unit) to transmit the user data using TPS-TC layers. The VTU further supports mapping of all TPS-TC types to all bearer channels that carry main data i.e. each VDSL link that transports user data supports multiple protocols. One such transport protocol is ATM-TC (VDSL protocol). ATM-TC protocol defines procedures for transporting ethernet frames that are encapsulated into ATM cells (VDSL frames) over VDSL links. Each ATM cell has a fixed length of 53 octets (fixed size) and is transported via VDSL link. Further, PTM-TC is also responsible to transport ethernet packets. Further, the signals sent from the TPS-TC layer, either using ATM-TC or PTM-TC are converted into a unified format i.e., the signals from TPS-TC

layer are application-independent in the subsequent layers of transmission. Ethernet packets,

generally, have a minimum of 64 data bytes. The PTM-TC is configured to encapsulate such

ethernet packets into PTM-TC frames (corresponding frame) by appending CRC. The size of the

PTM-TC frames therefore exceeds 53 octets (fixed size) defined in ATM-TC (VDSL protocol).

The PTM-TC frames are further mapped to transmission frame for transmission over VDSL link.

Hence, the VTU is configured to transmit the PTM-TC frame (corresponding frame) on the

VDSL link even though the corresponding frame exceeds the fixed size.

---

**8.1.1    User data TPS-TC types**

There are three types of user data TPS-TCs defined in this Recommendation:
- Type 1: STM transport (STM-TC);
- Type 2: ATM transport (ATM-TC); and
- Type 3: Ethernet and generic packet transport (PTM-TC).

Each of these three types is defined as an application option. The VTU-O selects the user data TPS-TC type for each bearer channel, both upstream and downstream, based on the type of higher layer data it chooses to support on that bearer channel. The enabled user data TPS-TC type for each of the bearer channels is indicated during initialization.

Functionality, parameters, and application interface (γ interface) characteristics of the user data TPS-TCs supporting STM transport (STM-TC), ATM transport (ATM-TC), and ethernet and generic packet transport (PTM-TC) are specified in K.1, K.2 and K.3, respectively.

The transmit signals of the TPS-TC are submitted to the α/β interface. Signals passing via the α/β interface in both directions have an application-independent (transport protocol independent) format, as specified in 8.1.2. The particular bit rates for each of the multiplexed TPS-TCs at the α/β reference point are determined during system configuration.

---

(Source: https://www.itu.int/rec/dologin_pub.asp?lang=e&id=T-REC-G.993.2-200602-S!!PDF-E&type=items)

| | |
|---|---|
| VDSL | Very High Speed Digital Subscriber Line |
| VME | VDSL2 Management Entity |
| VTU | VDSL2 Transceiver Unit |
| VTU-O | VTU at the ONU (or central office, exchange, cabinet, etc., i.e., operator end of the loop) |
| VTU-R | VTU at the remote site (i.e., subscriber end of the loop) |

(Source: https://www.itu.int/rec/dologin_pub.asp?lang=e&id=T-REC-G.993.2-200602-S!!PDF-

E&type=items)

> A VTU shall support mapping of all supported TPS-TC types to all supported bearer channels, except that PTM on one bearer channel and ATM on the other bearer channel shall not be enabled simultaneously. The valid labelling of supported bearer channels shall start from 0 and increase by

(Source: https://www.itu.int/rec/dologin_pub.asp?lang=e&id=T-REC-G.993.2-200602-S!!PDF-

E&type=items)

---

**ATM-TC**

**G.1    Scope**

This annex specifies a VDSL ATM Transport Protocol Specific Transmission Convergence sublayer (ATM-TC), which describes the ATM based service transmission over a VDSL link. This annex defines a minimum set of requirements to deliver an ATM service from the ONU to the remote customer premises. It is based on the ITU-T Recs. I.432.x. The ATM-TC specification is applicable at both the VTU-O side and the VTU-R side.

---

(Source:    https://www.itu.int/rec/dologin_pub.asp?lang=e&id=T-REC-G.993.1-200111-S!!PDF-

E&type=items)

---

**G.4.1.1    Data flow**

The Data flow consists of two streams of 53 octet ATM cells each (Tx_ATM, Rx_ATM) with independent rates flowing in opposite directions. Rate values are arbitrary under a predefined upper limit of aggregate channel capacity determined by the data rate at the corresponding α (or β) interface. The Data flow signal description is presented in Table G.1.

The ATM cell format is identical in both transmit and receive directions: 52 out of the 53 octets carry ATM layer data (user data). Octet number 5 is undefined (intended for HEC insertion in the TC sublayer).

---

(Source: https://www.itu.int/rec/dologin_pub.asp?lang=e&id=T-REC-G.993.1-200111-S!!PDF-

E&type=items)

---

and I.2 and shown in Figure I.1. When a flow control flag is activated by the VTU-O (i.e. the VTU-O wants to transmit or receive a cell), the ATM layer initiates a cell Tx or cell Rx cycle (53 byte transfer). The VTU supports transfer of a complete cell within 53 consecutive clock cycles.

---

(Source: https://www.itu.int/rec/dologin_pub.asp?lang=e&id=T-REC-G.993.1-200111-S!!PDF-

E&type=items)

**K.3    Packet transmission convergence function (PTM-TC)**

**K.3.1    Scope**

The PTM-TC is intended for Ethernet transport and generic packet transport. The PTM-TC function provides procedures for the transport of one PTM-TC stream in either the upstream or downstream direction. Packet boundaries, octet boundaries, and the position of most significant bits are explicitly maintained across the transport for the PTM-TC stream. The PTM-TC stream is presented asynchronously across the $\gamma_R$ or $\gamma_O$ reference point with respect to the synchronization signals across the $\alpha/\beta$ interface.

The reference model, functionality, and $\gamma$ interface of the PMS-TC are defined in Annex N/G.992.3 [10]. Referring to the reference model of Annex N/G.992.3 [10], the PTM-TC function of VDSL2 could be established over either of the enabled bearer channels.

(Source: https://www.itu.int/rec/dologin_pub.asp?lang=e&id=T-REC-G.993.2-200602-S!!PDF-

E&type=items)

**K.3.8    Functionality**

The functionality of the PTM-TC shall implement 64/65-octet encapsulation as defined in Annex N/G.992.3 [10], and shall include encapsulation, packet error monitoring, data rate decoupling, and frame delineation.

For frame error monitoring, the transmitting PTM-TC shall insert the 16-bit CRC defined in N.3.3/G.992.3 [10].

(Source: https://www.itu.int/rec/dologin_pub.asp?lang=e&id=T-REC-G.993.2-200602-S!!PDF-

E&type=items)

## Annex N

### 64/65-octet PTM-TC sublayer functional specifications

**N.1    Scope**

The PTM-TC shall provide full transparent transfer of packets between the $\gamma$ reference points at network and premises side (except non-correctable errors caused by the transmission medium). It shall also provide packet integrity and packet error monitoring capability.

In the transmit direction, the PTM-TC receives packets from the higher layer PTM entity via the $\gamma$-interface. An additional CRC is calculated on the packet and appended (to construct a PTM-TC frame). The PTM-TC then performs 64/65-octet encapsulation on the frame, and sends the resulting codewords to the PMS-TC via the $\alpha/\beta$-interface. In the receive direction, the PTM-TC receives codewords from the PMS-TC via $\alpha/\beta$-interface, recovers the transported PTM-TC frame, checks the CRC, and submits the extracted packet to the PTM entity via the $\gamma$-interface.

(Source: https://www.itu.int/rec/dologin_pub.asp?lang=e&id=T-REC-G.992.3-200509-

S!Amd1!PDF-E&type=items)

> A drawback of encapsulating Ethernet frames into ATM cells (Ethernet-to-AAL5-to-ATM cells) is that 64-byte Ethernet frames must occupy two ATM cells. This is because the payload size of the 53-byte ATM cell is only 48 bytes. Therefore, one ATM cell carries 48 bytes and the other cell carries only 16 bytes. Given the maximum size of an Ethernet frame, 1518 bytes, the ATM overhead is 160 bytes or nearly 10% of the transmission capacity.
>
> IEEE 802.3ah has defined a specific Ethernet TPS-TC using the 64/65-octet encapsulation for Ethernet applications without underlying ATM. For VDSL1, ITU-T specified a different generic packet transfer mode (PTM). In the ITU-T specification, TPS-TC is denoted PTM-TC.
>
> The VDSL2 standard fully supports PTM based on 64/65-octet encapsulation. The IEEE 802.3ah task force defined PTM to encapsulate Ethernet frames before they are modulated in the DSL transceiver. The

(Source:

http://citeseerx.ist.psu.edu/viewdoc/download?doi=10.1.1.468.597&rep=rep1&type=pdf)

25.    Consolidated has had actual knowledge of the '707 Patent at least as of the date when it was notified of the filing of this action.  By the time of trial, Consolidated will have known and intended (since receiving such notice) that its continued actions would infringe and actively induce and contribute to the infringement of one or more claims of the '707 Patent.

26.    Far North Patents has been damaged as a result of the infringing conduct by Consolidated alleged above.  Thus, Consolidated is liable to Far North Patents in an amount that adequately compensates it for such infringements, which, by law, cannot be less than a reasonable royalty, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

27.     Far North Patents and/or its predecessors-in-interest have satisfied all statutory obligations required to collect pre-filing damages for the full period allowed by law for infringement of the '707 Patent.

## COUNT II

### DIRECT INFRINGEMENT OF U.S. PATENT NO. 9,178,985

28.     On November 3, 2015, United States Patent No. 9,178,985 ("the '985 Patent") was duly and legally issued by the United States Patent and Trademark Office for an invention entitled "System for Transporting Ethernet Frames Over Very High Speed Digital Subscriber Lines."

29.     Far North Patents is the owner of the '985 Patent, with all substantive rights in and to that patent, including the sole and exclusive right to prosecute this action and enforce the '985 Patent against infringers, and to collect damages for all relevant times.

30.     Consolidated made, had made, used, imported, provided, supplied, distributed, sold, and/or offered for sale products and/or systems including, for example, its Consolidated Internet service using the Zhone 6729-W1 Modem/Router family of products, that include VDSL2 capabilities ("accused products"):





(Source : https://www.consolidated.com/support/residential-support/internet-email-support/internet-installation-modem-guides)

## Step 3: Start Browsing!

Your High-Speed Internet should be up and running at this time. If you are a Macintosh User and still need assistance, please call Consolidated Communications Tech Support toll-free at **800.480.0080**.

If you are on a PC and have an older version of Windows and are not able to connect, check to see that your computer's TCP/IP is configured correctly. Please call Consolidated Communications Tech Support toll-free at **800.480.0080** for assistance.

## Step 4: Email Options

**Web Mail:** You can access Consolidated Web Mail by going to mycci.net. You will need your Username and Password. Web Mail can be used alone or in conjunction with other types of mail programs.

**Outlook Express or Other POP3 Mail Programs:** For help configuring Outlook or POP3 mail go to mycci.net and select Support or call Tech Support at **800.480.0080**.

For information on wireless setup and security for the router please visit www.consolidated.com/wirelessrouter



800.480.0080 | consolidated.com



# HIGH-SPEED INTERNET
## SELF INSTALLATION GUIDE

Username: _____

Password: _____

(Source : https://www.consolidated.com/Portals/0/Support/Residential Support/High-Speed Internet/Internet Installation and Modem Guides/ZhoneConfig/Zhone 6729 Install Guide.pdf)

29



(Source : https://www.consolidated.com/Portals/0/Support/Residential Support/High-Speed Internet/Internet Installation and Modem Guides/ZhoneConfig/Zhone 6729 Install Guide.pdf)



ZHone Quick Installation Instructions

(Source : https://www.consolidated.com/Portals/0/Support/Residential Support/High-Speed Internet/Internet Installation and Modem Guides/ZhoneConfig/Zhone 6729 Install Guide.pdf)



Zhone – 6729-W1 – xDSL-Bonding 4-Port 802.11B/G/N Gateway

- VDSL2 pair bonding with Profiles 8a/b/c/d or 12a/b or 17a or ADSL2+ Pair Bonding
- VDSL2 single line with profiles 8a/b/c/d, 12a/b, 17a or 30a or ADSL2/2+
- Supports G.Vector and G.INP
- Integrated Gig-E Ethernet port for GPON development
- Supports IEEE 802.11b/g/n WiFi with 2-builtin transmitter and receiver antennae
- High power WiFi (400mW) for better WiFi coverage
- 4 Gig-E LAN Ports



SKU: 6729-W1 Categories: Dasan Zhone Solutions, Modem Products, VDSL2, Customer Premise Equipment (CPE), Set-top Boxes (STB), Cable Modems, Data, Routers, Dasan Zhone Router, Wireless

(Source : https://www.multicominc.com/product/zhone-6729-w1-xdsl-bonding-4-port-802-11bgn-gateway/)

31.     By doing so, Consolidated has directly infringed (literally and/or under the doctrine of equivalents) at least Claim 1 of the '985 Patent.

32.     Consolidated has infringed the '985 Patent by using the accused products and thereby practicing a method of encapsulating Ethernet frames onto a Very high speed Digital Subscriber Line (VDSL) facility.  For example, the Accused Products are and have been used by Defendant to implement the ITU-T G.993.2 recommendation, whose requirements were in effect

at least six years before the Original Complaint.  The Recommendation specified by ITU-T G.993.2 includes a VTU (VDSL2 Transceiver Unit) functional model that encapsulates and transports ethernet packets using very a high-speed digital subscriber line (VDSL) facility. The model includes an application specific layer comprising Transport Protocol Specific - Transmission Convergence (TPS-TC) sub-layers. The TPS-TC layers support transport of ethernet packets using ATM-TC (Asynchronous Transfer Mode – Transmission Convergence). Also, the ITU-T G.993.2 standard recommends transfer of ethernet packets using PTM-TC (Packet Transfer Mode – Transmission Convergence). Further, the signals sent from the TPS-TC layer, either using ATM-TC or PTM-TC are converted into a unified format i.e., the signals from TPS-TC layer are application-independent in the subsequent layers of transmission. The ethernet packets are transported, so they are transmitted from an ethernet transmitter to an ethernet receiver. Both ethernet transmitter and ethernet receiver constitutes an ethernet transceiver which receives Ethernet frames from an Ethernet source such as a computer with a network card.



(Source : https://www.consolidated.com/Portals/0/Support/Residential Support/High-Speed

Internet/Internet Installation and Modem Guides/ZhoneConfig/Zhone 6729 Install Guide.pdf)



## Zhone – 6729-W1 – xDSL-Bonding 4-Port 802.11B/G/N Gateway

- VDSL2 pair bonding with Profiles 8a/b/c/d or 12a/b or 17a or ADSL2+ Pair Bonding
- VDSL2 single line with profiles 8a/b/c/d, 12a/b, 17a or 30a or ADSL2/2+
- Supports G.Vector and G.INP
- Integrated Gig-E Ethernet port for GPON development
- Supports IEEE 802.11b/g/n WiFi with 2-builtin transmitter and receiver antennae
- High power WiFi (400mW) for better WiFi coverage
- 4 Gig-E LAN Ports



SKU: 6729-W1 Categories: Dasan Zhone Solutions, Modem Products, VDSL2, Customer Premise Equipment (CPE), Set-top Boxes (STB), Cable Modems, Data, Routers, Dasan Zhone Router, Wireless

(Source : https://www.multicominc.com/product/zhone-6729-w1-xdsl-bonding-4-port-802-11bgn-gateway/)



**Figure 5-1/G.993.2 – VDSL2 and VTU functional model**

(Source:   https://www.itu.int/rec/dologin_pub.asp?lang=e&id=T-REC-G.993.2-200602-S!!PDF-E&type=items)

---

### 8.1.1    User data TPS-TC types

There are three types of user data TPS-TCs defined in this Recommendation:

•      Type 1: STM transport (STM-TC);

•      Type 2: ATM transport (ATM-TC); and

•      Type 3: Ethernet and generic packet transport (PTM-TC).

Each of these three types is defined as an application option. The VTU-O selects the user data TPS-TC type for each bearer channel, both upstream and downstream, based on the type of higher layer data it chooses to support on that bearer channel. The enabled user data TPS-TC type for each of the bearer channels is indicated during initialization.

Functionality, parameters, and application interface ($\gamma$ interface) characteristics of the user data TPS-TCs supporting STM transport (STM-TC), ATM transport (ATM-TC), and ethernet and generic packet transport (PTM-TC) are specified in K.1, K.2 and K.3, respectively.

The transmit signals of the TPS-TC are submitted to the $\alpha/\beta$ interface. Signals passing via the $\alpha/\beta$ interface in both directions have an application-independent (transport protocol independent) format, as specified in 8.1.2. The particular bit rates for each of the multiplexed TPS-TCs at the $\alpha/\beta$ reference point are determined during system configuration.

(Source: https://www.itu.int/rec/dologin_pub.asp?lang=e&id=T-REC-G.993.2-200602-S!!PDF-E&type=items)

---

**K.3    Packet transmission convergence function (PTM-TC)**

**K.3.1    Scope**

The PTM-TC is intended for Ethernet transport and generic packet transport. The PTM-TC function provides procedures for the transport of one PTM-TC stream in either the upstream or downstream direction. Packet boundaries, octet boundaries, and the position of most significant bits are explicitly maintained across the transport for the PTM-TC stream. The PTM-TC stream is presented asynchronously across the $\gamma_R$ or $\gamma_O$ reference point with respect to the synchronization signals across the $\alpha/\beta$ interface.

The reference model, functionality, and $\gamma$ interface of the PMS-TC are defined in Annex N/G.992.3 [10]. Referring to the reference model of Annex N/G.992.3 [10], the PTM-TC function of VDSL2 could be established over either of the enabled bearer channels.

---

(Source: https://www.itu.int/rec/dologin_pub.asp?lang=e&id=T-REC-G.993.2-200602-S!!PDF-E&type=items)

33.    The methods practiced by Consolidated's use of the accused products include receiving Ethernet frames from an Ethernet source and storing said Ethernet frames for subsequent forwarding.  For example, the Accused Products are and have been used by Defendant to implement the ITU-T G.993.2 recommendation, whose requirements were in effect at least six years before the Original Complaint.  The Recommendation specified by ITU-T G.993.2 includes a VTU (VDSL2 Transceiver Unit) functional model that encapsulates and transports ethernet packets using very a high-speed digital subscriber line (VDSL) facility. The model includes an application specific layer comprising Transport Protocol Specific - Transmission Convergence (TPS-TC) sub-layers. The TPS-TC layers support transport of ethernet packets using ATM-TC (Asynchronous Transfer Mode – Transmission Convergence). Also, the ITU-T G.993.2 standard recommends transfer of ethernet packets using PTM-TC (Packet Transfer Mode – Transmission Convergence). Further, the signals sent from the TPS-TC layer, either using ATM-TC or PTM-TC are converted into a unified format i.e., the signals from

TPS-TC layer are application-independent in the subsequent layers of transmission. The ethernet packets are transported, so they are transmitted from an ethernet transmitter to an ethernet receiver. Both ethernet transmitter and ethernet receiver constitutes an ethernet transceiver which receives Ethernet frames from an Ethernet source such as a computer with a network card.  The PTM-TC of VTU (VDSL2 Transceiver Unit) is intended to transport ethernet frames. Ethernet frames are transmitted to an ethernet receiver, and those ethernet frames are and have been stored in a memory at least by the BCM63168 DSL System on a Chip that is in the Accused Products.



(Source : https://www.consolidated.com/Portals/0/Support/Residential Support/High-Speed Internet/Internet Installation and Modem Guides/ZhoneConfig/Zhone 6729 Install Guide.pdf)



## Zhone – 6729-W1 – xDSL-Bonding 4-Port 802.11B/G/N Gateway

- VDSL2 pair bonding with Profiles 8a/b/c/d or 12a/b or 17a or ADSL2+ Pair Bonding
- VDSL2 single line with profiles 8a/b/c/d, 12a/b, 17a or 30a or ADSL2/2+
- Supports G.Vector and G.INP
- Integrated Gig-E Ethernet port for GPON development
- Supports IEEE 802.11b/g/n WiFi with 2-builtin transmitter and receiver antennae
- High power WiFi (400mW) for better WiFi coverage
- 4 Gig-E LAN Ports

 **Add to Quote**

SKU: 6729-W1 Categories: Dasan Zhone Solutions, Modem Products, VDSL2, Customer Premise Equipment (CPE), Set-top Boxes (STB), Cable Modems, Data, Routers, Dasan Zhone Router, Wireless

(Source : https://www.multicominc.com/product/zhone-6729-w1-xdsl-bonding-4-port-802-11bgn-gateway/)



(Source : screenshot of PDF downloaded from https://fccid.io/PJZ67X9/Internal-Photos/Int-r1-2496944.pdf)



**Figure 5-1/G.993.2 – VDSL2 and VTU functional model**

(Source:   https://www.itu.int/rec/dologin_pub.asp?lang=e&id=T-REC-G.993.2-200602-S!!PDF-E&type=items)

### 8.1.1    User data TPS-TC types

There are three types of user data TPS-TCs defined in this Recommendation:

- Type 1: STM transport (STM-TC);
- Type 2: ATM transport (ATM-TC); and
- Type 3: Ethernet and generic packet transport (PTM-TC).

Each of these three types is defined as an application option. The VTU-O selects the user data TPS-TC type for each bearer channel, both upstream and downstream, based on the type of higher layer data it chooses to support on that bearer channel. The enabled user data TPS-TC type for each of the bearer channels is indicated during initialization.

Functionality, parameters, and application interface (γ interface) characteristics of the user data TPS-TCs supporting STM transport (STM-TC), ATM transport (ATM-TC), and ethernet and generic packet transport (PTM-TC) are specified in K.1, K.2 and K.3, respectively.

The transmit signals of the TPS-TC are submitted to the α/β interface. Signals passing via the α/β interface in both directions have an application-independent (transport protocol independent) format, as specified in 8.1.2. The particular bit rates for each of the multiplexed TPS-TCs at the α/β reference point are determined during system configuration.

(Source: https://www.itu.int/rec/dologin_pub.asp?lang=e&id=T-REC-G.993.2-200602-S!!PDF-E&type=items)

---

**K.3      Packet transmission convergence function (PTM-TC)**

**K.3.1      Scope**

The PTM-TC is intended for Ethernet transport and generic packet transport. The PTM-TC function provides procedures for the transport of one PTM-TC stream in either the upstream or downstream direction. Packet boundaries, octet boundaries, and the position of most significant bits are explicitly maintained across the transport for the PTM-TC stream. The PTM-TC stream is presented asynchronously across the $\gamma_R$ or $\gamma_O$ reference point with respect to the synchronization signals across the $\alpha/\beta$ interface.

The reference model, functionality, and $\gamma$ interface of the PMS-TC are defined in Annex N/G.992.3 [10]. Referring to the reference model of Annex N/G.992.3 [10], the PTM-TC function of VDSL2 could be established over either of the enabled bearer channels.

---

(Source: https://www.itu.int/rec/dologin_pub.asp?lang=e&id=T-REC-G.993.2-200602-S!!PDF-E&type=items)

---

**Annex N**

**64/65-octet PTM-TC sublayer functional specifications**

**N.1      Scope**

The PTM-TC shall provide full transparent transfer of packets between the $\gamma$ reference points at network and premises side (except non-correctable errors caused by the transmission medium). It shall also provide packet integrity and packet error monitoring capability.

In the transmit direction, the PTM-TC receives packets from the higher layer PTM entity via the $\gamma$-interface. An additional CRC is calculated on the packet and appended (to construct a PTM-TC frame). The PTM-TC then performs 64/65-octet encapsulation on the frame, and sends the resulting codewords to the PMS-TC via the $\alpha/\beta$-interface. In the receive direction, the PTM-TC receives codewords from the PMS-TC via $\alpha/\beta$-interface, recovers the transported PTM-TC frame, checks the CRC, and submits the extracted packet to the PTM entity via the $\gamma$-interface.

---

(Source: https://www.itu.int/rec/dologin_pub.asp?lang=e&id=T-REC-G.992.3-200509-S!Amd1!PDF-E&type=items)

34.      The methods practiced by Consolidated's use of the accused products include encapsulating said previously stored Ethernet frames within a plurality of variable-length VDSL frames, wherein each Ethernet frame is encapsulated entirely within a respective variable-length

VDSL frame of the plurality of variable-length VDSL frames.  For example, the Accused Products are and have been used by Defendant to implement the ITU-T G.993.2 recommendation, whose requirements were in effect at least six years before the Original Complaint.  The TPS-TC layers support transport of various types of user data. According to ITU-T G.993.2, ethernet packet is one of the user data types transported using Packet transmission convergence function (PTM-TC) function. The PTM-TC function provides procedures for transporting ethernet packets (frames) using PTM-TC frames (variable-length VDSL frames).  Further, the PTM-TC function mentioned in the recommendation ITU-T G.993.2 is used for transporting an ethernet frame in a PTM-TC frame (variable-length VDSL frame) using VDSL transceiver unit (VTU). Also, the PTM-TC encapsulates the ethernet frames into PTM-TC frames (variable-length VDSL frames) by appending CRC to each ethernet frame.

---

**K.3    Packet transmission convergence function (PTM-TC)**

**K.3.1    Scope**

The PTM-TC is intended for Ethernet transport and generic packet transport. The PTM-TC function provides procedures for the transport of one PTM-TC stream in either the upstream or downstream direction. Packet boundaries, octet boundaries, and the position of most significant bits are explicitly maintained across the transport for the PTM-TC stream. The PTM-TC stream is presented asynchronously across the $\gamma_R$ or $\gamma_O$ reference point with respect to the synchronization signals across the $\alpha/\beta$ interface.

The reference model, functionality, and $\gamma$ interface of the PMS-TC are defined in Annex N/G.992.3 [10]. Referring to the reference model of Annex N/G.992.3 [10], the PTM-TC function of VDSL2 could be established over either of the enabled bearer channels.

---

(Source: https://www.itu.int/rec/dologin_pub.asp?lang=e&id=T-REC-G.993.2-200602-S!!PDF-E&type=items)

---

**K.3.8    Functionality**

The functionality of the PTM-TC shall implement 64/65-octet encapsulation as defined in Annex N/G.992.3 [10], and shall include encapsulation, packet error monitoring, data rate decoupling, and frame delineation.

For frame error monitoring, the transmitting PTM-TC shall insert the 16-bit CRC defined in N.3.3/G.992.3 [10].

---

(Source: https://www.itu.int/rec/dologin_pub.asp?lang=e&id=T-REC-G.993.2-200602-S!!PDF-E&type=items)

---

### Annex N

### 64/65-octet PTM-TC sublayer functional specifications

**N.1    Scope**

The PTM-TC shall provide full transparent transfer of packets between the γ reference points at network and premises side (except non-correctable errors caused by the transmission medium). It shall also provide packet integrity and packet error monitoring capability.

In the transmit direction, the PTM-TC receives packets from the higher layer PTM entity via the γ-interface. An additional CRC is calculated on the packet and appended (to construct a PTM-TC frame). The PTM-TC then performs 64/65-octet encapsulation on the frame, and sends the resulting codewords to the PMS-TC via the α/β-interface. In the receive direction, the PTM-TC receives codewords from the PMS-TC via α/β-interface, recovers the transported PTM-TC frame, checks the CRC, and submits the extracted packet to the PTM entity via the γ-interface.

---

(Source: https://www.itu.int/rec/dologin_pub.asp?lang=e&id=T-REC-G.992.3-200509-S!Amd1!PDF-E&type=items)

35.    The methods practiced by Consolidated's use of the accused products include wherein a first length of a first respective variable-length VDSL frame exceeds a second length of fixed-length VDSL frames.  For example, the Accused Products are and have been used by Defendant to implement the ITU-T G.993.2 recommendation, whose requirements were in effect at least six years before the Original Complaint.  The Recommendation ITU-T G.993.2 includes VTU (VDSL2 transceiver unit) to transmit the user data using TPS-TC layers. The VTU further supports mapping of all TPS-TC types to all bearer channels that carry main data i.e. each VDSL link that transports user data supports multiple protocols. One such transport protocol is ATM-TC (VDSL protocol). ATM-TC protocol defines procedures for transporting ethernet frames that are encapsulated into ATM cells (VDSL frames) over VDSL links. Each ATM cell has a fixed length of 53 octets (fixed-length) and is transported over a fixed-length VDSL frame via VDSL link. Further, PTM-TC is also responsible to transport ethernet packets, which are variable in length, over variable-length VDSL frames. Further, the signals sent from the TPS-TC layer,

either using ATM-TC or PTM-TC are converted into a unified format i.e., the signals from TPS-TC layer are application-independent in the subsequent layers of transmission. Ethernet packets, generally, have a minimum of 64 data bytes. The PTM-TC is configured to encapsulate such ethernet packets into PTM-TC frames (corresponding frame) by appending CRC. The size of the variable-length PTM-TC (VDSL) frames therefore exceeds 53 octets (fixed length) defined in ATM-TC (VDSL frame). The PTM-TC frames are further mapped to transmission frame for transmission over VDSL link. Hence, the VTU is configured to transmit the PTM-TC frame (corresponding frame) on the VDSL link wherein the first length of a first respective variable-length VDSL frame exceeds a second length of fixed-length VDSL frames.

---

**8.1.1   User data TPS-TC types**

There are three types of user data TPS-TCs defined in this Recommendation:

•        Type 1: STM transport (STM-TC);

•        Type 2: ATM transport (ATM-TC); and

•        Type 3: Ethernet and generic packet transport (PTM-TC).

Each of these three types is defined as an application option. The VTU-O selects the user data TPS-TC type for each bearer channel, both upstream and downstream, based on the type of higher layer data it chooses to support on that bearer channel. The enabled user data TPS-TC type for each of the bearer channels is indicated during initialization.

Functionality, parameters, and application interface (γ interface) characteristics of the user data TPS-TCs supporting STM transport (STM-TC), ATM transport (ATM-TC), and ethernet and generic packet transport (PTM-TC) are specified in K.1, K.2 and K.3, respectively.

The transmit signals of the TPS-TC are submitted to the α/β interface. Signals passing via the α/β interface in both directions have an application-independent (transport protocol independent) format, as specified in 8.1.2. The particular bit rates for each of the multiplexed TPS-TCs at the α/β reference point are determined during system configuration.

---

(Source: https://www.itu.int/rec/dologin_pub.asp?lang=e&id=T-REC-G.993.2-200602-S!!PDF-E&type=items)

| VDSL | Very High Speed Digital Subscriber Line |
| VME | VDSL2 Management Entity |
| VTU | VDSL2 Transceiver Unit |
| VTU-O | VTU at the ONU (or central office, exchange, cabinet, etc., i.e., operator end of the loop) |
| VTU-R | VTU at the remote site (i.e., subscriber end of the loop) |

(Source: https://www.itu.int/rec/dologin_pub.asp?lang=e&id=T-REC-G.993.2-200602-S!!PDF-E&type=items)

A VTU shall support mapping of all supported TPS-TC types to all supported bearer channels, except that PTM on one bearer channel and ATM on the other bearer channel shall not be enabled simultaneously. The valid labelling of supported bearer channels shall start from 0 and increase by

(Source: https://www.itu.int/rec/dologin_pub.asp?lang=e&id=T-REC-G.993.2-200602-S!!PDF-E&type=items)

## ATM-TC

### G.1    Scope

This annex specifies a VDSL ATM Transport Protocol Specific Transmission Convergence sublayer (ATM-TC), which describes the ATM based service transmission over a VDSL link. This annex defines a minimum set of requirements to deliver an ATM service from the ONU to the remote customer premises. It is based on the ITU-T Recs. I.432.x. The ATM-TC specification is applicable at both the VTU-O side and the VTU-R side.

(Source:    https://www.itu.int/rec/dologin_pub.asp?lang=e&id=T-REC-G.993.1-200111-S!!PDF-E&type=items)

### G.4.1.1    Data flow

The Data flow consists of two streams of 53 octet ATM cells each (Tx_ATM, Rx_ATM) with independent rates flowing in opposite directions. Rate values are arbitrary under a predefined upper limit of aggregate channel capacity determined by the data rate at the corresponding α (or β) interface. The Data flow signal description is presented in Table G.1.

The ATM cell format is identical in both transmit and receive directions: 52 out of the 53 octets carry ATM layer data (user data). Octet number 5 is undefined (intended for HEC insertion in the TC sublayer).

(Source: https://www.itu.int/rec/dologin_pub.asp?lang=e&id=T-REC-G.993.1-200111-S!!PDF-E&type=items)

and I.2 and shown in Figure I.1. When a flow control flag is activated by the VTU-O (i.e. the VTU-O wants to transmit or receive a cell), the ATM layer initiates a cell Tx or cell Rx cycle (53 byte transfer). The VTU supports transfer of a complete cell within 53 consecutive clock cycles.

(Source: https://www.itu.int/rec/dologin_pub.asp?lang=e&id=T-REC-G.993.1-200111-S!!PDF-E&type=items)

---

**K.3    Packet transmission convergence function (PTM-TC)**

**K.3.1    Scope**

The PTM-TC is intended for Ethernet transport and generic packet transport. The PTM-TC function provides procedures for the transport of one PTM-TC stream in either the upstream or downstream direction. Packet boundaries, octet boundaries, and the position of most significant bits are explicitly maintained across the transport for the PTM-TC stream. The PTM-TC stream is presented asynchronously across the $\gamma_R$ or $\gamma_O$ reference point with respect to the synchronization signals across the $\alpha/\beta$ interface.

The reference model, functionality, and $\gamma$ interface of the PMS-TC are defined in Annex N/G.992.3 [10]. Referring to the reference model of Annex N/G.992.3 [10], the PTM-TC function of VDSL2 could be established over either of the enabled bearer channels.

---

(Source: https://www.itu.int/rec/dologin_pub.asp?lang=e&id=T-REC-G.993.2-200602-S!!PDF-E&type=items)

---

**K.3.8    Functionality**

The functionality of the PTM-TC shall implement 64/65-octet encapsulation as defined in Annex N/G.992.3 [10], and shall include encapsulation, packet error monitoring, data rate decoupling, and frame delineation.

For frame error monitoring, the transmitting PTM-TC shall insert the 16-bit CRC defined in N.3.3/G.992.3 [10].

---

(Source: https://www.itu.int/rec/dologin_pub.asp?lang=e&id=T-REC-G.993.2-200602-S!!PDF-E&type=items)

---

**Annex N**

**64/65-octet PTM-TC sublayer functional specifications**

**N.1    Scope**

The PTM-TC shall provide full transparent transfer of packets between the $\gamma$ reference points at network and premises side (except non-correctable errors caused by the transmission medium). It shall also provide packet integrity and packet error monitoring capability.

In the transmit direction, the PTM-TC receives packets from the higher layer PTM entity via the $\gamma$-interface. An additional CRC is calculated on the packet and appended (to construct a PTM-TC frame). The PTM-TC then performs 64/65-octet encapsulation on the frame, and sends the resulting codewords to the PMS-TC via the $\alpha/\beta$-interface. In the receive direction, the PTM-TC receives codewords from the PMS-TC via $\alpha/\beta$-interface, recovers the transported PTM-TC frame, checks the CRC, and submits the extracted packet to the PTM entity via the $\gamma$-interface.

---

(Source: https://www.itu.int/rec/dologin_pub.asp?lang=e&id=T-REC-G.992.3-200509-S!Amd1!PDF-E&type=items)

> A drawback of encapsulating Ethernet frames into ATM cells (Ethernet-to-AAL5-to-ATM cells) is that 64-byte Ethernet frames must occupy two ATM cells. This is because the payload size of the 53-byte ATM cell is only 48 bytes. Therefore, one ATM cell carries 48 bytes and the other cell carries only 16 bytes. Given the maximum size of an Ethernet frame, 1518 bytes, the ATM overhead is 160 bytes or nearly 10% of the transmission capacity.
>
> IEEE 802.3ah has defined a specific Ethernet TPS-TC using the 64/65-octet encapsulation for Ethernet applications without underlying ATM. For VDSL1, ITU-T specified a different generic packet transfer mode (PTM). In the ITU-T specification, TPS-TC is denoted PTM-TC.
>
> The VDSL2 standard fully supports PTM based on 64/65-octet encapsulation. The IEEE 802.3ah task force defined PTM to encapsulate Ethernet frames before they are modulated in the DSL transceiver. The

(Source: http://www.hit.bme.hu/~jakab/edu/litr/Access/DSL/vdsl2.pdf)

36.     The methods practiced by Consolidated's use of the accused products include transmitting said plurality of variable-length VDSL frames over said VDSL facility.  For example, the Accused Products are and have been used by Defendant to implement the ITU-T G.993.2 recommendation, whose requirements were in effect at least six years before the Original Complaint.  The Recommendation specified by ITU-T G.993.2 includes a VTU (VDSL2 Transceiver Unit) functional model that encapsulates and transmits ethernet packets using very a high-speed digital subscriber line (VDSL) link. The model includes an application specific layer comprising Transport Protocol Specific - Transmission Convergence (TPS-TC) sub-layers. The TPS-TC layers support transport of packets using ATM-TC (Asynchronous Transfer Mode – Transmission Convergence). Also, the ITU-T G.993.2 standard recommends

transfer of ethernet packets using PTM-TC (Packet Transfer Mode – Transmission Convergence). Further, the signals sent from the TPS-TC layer, either using ATM-TC or PTM-TC are converted into a unified format i.e., the signals from TPS-TC layer are application-independent in the subsequent layers of transmission. The variable-length VDSL frame are thus transmitted over said VDSL facility.



(Source : https://www.consolidated.com/Portals/0/Support/Residential Support/High-Speed Internet/Internet Installation and Modem Guides/ZhoneConfig/Zhone 6729 Install Guide.pdf)



**Figure 5-1/G.993.2 – VDSL2 and VTU functional model**

(Source:   https://www.itu.int/rec/dologin_pub.asp?lang=e&id=T-REC-G.993.2-200602-S!!PDF-E&type=items)

### 8.1.1    User data TPS-TC types

There are three types of user data TPS-TCs defined in this Recommendation:
- Type 1: STM transport (STM-TC);
- Type 2: ATM transport (ATM-TC); and
- Type 3: Ethernet and generic packet transport (PTM-TC).

Each of these three types is defined as an application option. The VTU-O selects the user data TPS-TC type for each bearer channel, both upstream and downstream, based on the type of higher layer data it chooses to support on that bearer channel. The enabled user data TPS-TC type for each of the bearer channels is indicated during initialization.

Functionality, parameters, and application interface ($\gamma$ interface) characteristics of the user data TPS-TCs supporting STM transport (STM-TC), ATM transport (ATM-TC), and ethernet and generic packet transport (PTM-TC) are specified in K.1, K.2 and K.3, respectively.

The transmit signals of the TPS-TC are submitted to the $\alpha/\beta$ interface. Signals passing via the $\alpha/\beta$ interface in both directions have an application-independent (transport protocol independent) format, as specified in 8.1.2. The particular bit rates for each of the multiplexed TPS-TCs at the $\alpha/\beta$ reference point are determined during system configuration.

(Source: https://www.itu.int/rec/dologin_pub.asp?lang=e&id=T-REC-G.993.2-200602-S!!PDF-E&type=items)

### K.3    Packet transmission convergence function (PTM-TC)

#### K.3.1    Scope

The PTM-TC is intended for Ethernet transport and generic packet transport. The PTM-TC function provides procedures for the transport of one PTM-TC stream in either the upstream or downstream direction. Packet boundaries, octet boundaries, and the position of most significant bits are explicitly maintained across the transport for the PTM-TC stream. The PTM-TC stream is presented asynchronously across the $\gamma_R$ or $\gamma_O$ reference point with respect to the synchronization signals across the $\alpha/\beta$ interface.

The reference model, functionality, and $\gamma$ interface of the PMS-TC are defined in Annex N/G.992.3 [10]. Referring to the reference model of Annex N/G.992.3 [10], the PTM-TC function of VDSL2 could be established over either of the enabled bearer channels.

(Source: https://www.itu.int/rec/dologin_pub.asp?lang=e&id=T-REC-G.993.2-200602-S!!PDF-E&type=items)

| VDSL | Very High Speed Digital Subscriber Line |
|------|------------------------------------------|
| VME | VDSL2 Management Entity |
| VTU | VDSL2 Transceiver Unit |
| VTU-O | VTU at the ONU (or central office, exchange, cabinet, etc., i.e., operator end of the loop) |
| VTU-R | VTU at the remote site (i.e., subscriber end of the loop) |

(Source: https://www.itu.int/rec/dologin_pub.asp?lang=e&id=T-REC-G.993.2-200602-S!!PDF-E&type=items)

A VTU shall support mapping of all supported TPS-TC types to all supported bearer channels, except that PTM on one bearer channel and ATM on the other bearer channel shall not be enabled simultaneously. The valid labelling of supported bearer channels shall start from 0 and increase by

(Source:  https://www.itu.int/rec/dologin_pub.asp?lang=e&id=T-REC-G.993.2-200602-S!!PDF-E&type=items)

37.    Far North Patents has been damaged as a result of the infringing conduct by Consolidated alleged above.  Thus, Consolidated is liable to Far North Patents in an amount that adequately compensates it for such infringements, which, by law, cannot be less than a reasonable royalty, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

38.    Far North Patents and/or its predecessors-in-interest have satisfied all statutory obligations required to collect pre-filing damages for the full period allowed by law for infringement of the '985 Patent.

## ADDITIONAL ALLEGATIONS REGARDING INFRINGEMENT

39.    In addition to any specific products mentioned above, the accused products also include at least the following products: ADTRAN Total Access 5000, ADTRAN TA1148VX, ADTRAN TA5006, CT-5372, CT5372E, CT-5374, Zhone 6729-W1, and VMG4825-B10A.

40.    Consolidated has also indirectly infringed the '707 Patent and the '985 Patent by inducing others to directly infringe the '707 Patent and the '985 Patent.  Consolidated has

induced the end-users, Consolidated's customers, to directly infringe (literally and/or under the doctrine of equivalents) the '707 Patent and the '985 Patent by using the accused products.

41.    Consolidated took active steps, directly and/or through contractual relationships with others, with the specific intent to cause them to use the accused products in a manner that infringes one or more claims of the patents-in-suit, including, for example, Claim 1 of the '707 Patent and Claim 1 of the '985 Patent.

42.    Such steps by Consolidated included, among other things, advising or directing customers and end-users to use the accused products in an infringing manner; advertising and promoting the use of the accused products in an infringing manner; and/or distributing instructions that guide users to use the accused products in an infringing manner.

43.    Consolidated has performed these steps, which constitute induced infringement, with the knowledge of the '707 Patent and the '985 Patent and with the knowledge that the induced acts constitute infringement.

44.    Consolidated was and is aware that the normal and customary use of the accused products by Consolidated's customers would infringe the '707 Patent and the '985 Patent. Consolidated's inducement is ongoing.

45.    Consolidated has also induced its affiliates, or third-party manufacturers, shippers, distributors, retailers, or other persons acting on its or its affiliates' behalf, to directly infringe (literally and/or under the doctrine of equivalents) the '707 Patent and the '985 Patent by importing, selling, offering to sell, and/or using the accused products.

46.    Consolidated has at least a significant role in placing the accused products in the stream of commerce in Texas and elsewhere in the United States.

47.    Consolidated directs or controls the making of accused products and their shipment to the United States, using established distribution channels, for sale in Texas and elsewhere within the United States.

48.    Consolidated directs or controls the sale of the accused products into established United States distribution channels, including sales to nationwide retailers.

49.    Consolidated's established United States distribution channels include one or more United States based affiliates.

50.    Consolidated directs or controls the sale of the accused products online on its websites as well as in nationwide Consolidated Stores and Service Centers, including for sale in Texas and elsewhere in the United States, and expects and intends that the accused products will be so sold.

51.    Consolidated took active steps, directly and/or through contractual relationships with others, with the specific intent to cause such persons to import, sell, or offer to sell the accused products in a manner that infringes one or more claims of the patents-in-suit, including, for example, Claim 1 of the '707 Patent and Claim 1 of the '985 Patent.

52.    Such steps by Consolidated included, among other things, making or selling the accused products outside of the United States for importation into or sale in the United States, or knowing that such importation or sale would occur; and directing, facilitating, or influencing its affiliates, or third-party manufacturers, shippers, distributors, retailers, or other persons acting on its or their behalf, to import, sell, or offer to sell the accused products in an infringing manner.

53.    Consolidated performed these steps, which constitute induced infringement, with the knowledge of the '707 Patent and the '985 Patent and with the knowledge that the induced acts would constitute infringement.

54.    Consolidated performed such steps in order to profit from the eventual sale of the accused products in the United States.

55.    Consolidated's inducement is ongoing.

56.    Consolidated has also indirectly infringed by contributing to the infringement of the '707 Patent and the '985 Patent.  Consolidated has contributed to the direct infringement of the '707 Patent and the '985 Patent by the end-user of the accused products.

57.    The accused products have special features that are specially designed to be used in an infringing way and that have no substantial uses other than ones that infringe the '707 Patent and the '985 Patent, including, for example, Claim 1 of the '707 Patent and Claim 1 of the '985 Patent.

58.    As described above, the special features include improved VDSL2 transmission capabilities used in a manner that infringes the '707 Patent and the '985 Patent.

59.    The special features constitute a material part of the invention of one or more of the claims of the '707 Patent and the '985 Patent and are not staple articles of commerce suitable for substantial non-infringing use.

60.    Consolidated's contributory infringement is ongoing.

61.    Furthermore, Consolidated has a policy or practice of not reviewing the patents of others (including instructing its employees to not review the patents of others), and thus has been willfully blind of Far North Patents' patent rights.  *See, e.g.*, M. Lemley, "Ignoring Patents," 2008 Mich. St. L. Rev. 19 (2008).

62.    Consolidated's actions are at least objectively reckless as to the risk of infringing valid patents and this objective risk was either known or should have been known by Consolidated.

63.    Consolidated has knowledge of the '707 Patent and the '985 Patent.

64.    Consolidated's customers have infringed the '707 Patent and the '985 Patent.

65.    Consolidated encouraged its customers' infringement.

66.    Consolidated's direct and indirect infringement of the '707 Patent and the '985 Patent is, has been, and/or continues to be willful, intentional, deliberate, and/or in conscious disregard of Far North Patents' rights under the patents.

67.    Far North Patents has been damaged as a result of the infringing conduct by Consolidated alleged above.  Thus, Consolidated is liable to Far North Patents in an amount that adequately compensates it for such infringements, which, by law, cannot be less than a reasonable royalty, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

## CLARIFICATION REGARDING PATENT EXPIRATION

68.    For the avoidance of doubt, Far North Patents does not seek relief under any asserted patent for acts occurring after the expiration of that patent.

## JURY DEMAND

Far North Patents hereby requests a trial by jury on all issues so triable by right.

## PRAYER FOR RELIEF

Far North Patents requests that the Court find in its favor and against Consolidated, and that the Court grant Far North Patents the following relief:

a.    Judgment that one or more claims of the '707 Patent and the '985 Patent have been infringed, either literally and/or under the doctrine of equivalents, by Consolidated and/or all others acting in concert therewith;

b.    A permanent injunction enjoining Consolidated and its officers, directors, agents, servants, affiliates, employees, divisions, branches, subsidiaries, parents, and all others acting in

concert therewith from infringement of the '707 Patent; or, in the alternative, an award of a reasonable ongoing royalty for future infringement of the '707 Patent by such entities;

      c.      Judgment that Consolidated account for and pay to Far North Patents all damages to and costs incurred by Far North Patents because of Consolidated's infringing activities and other conduct complained of herein, including an award of all increased damages to which Far North Patents is entitled under 35 U.S.C. § 284;

      d.      That Far North Patents be granted pre-judgment and post-judgment interest on the damages caused by Consolidated's infringing activities and other conduct complained of herein;

      e.      That this Court declare this an exceptional case and award Far North Patents its reasonable attorney's fees and costs in accordance with 35 U.S.C. § 285; and

      f.      That Far North Patents be granted such other and further relief as the Court may deem just and proper under the circumstances.

Dated: January 19, 2021          Respectfully submitted,

                    /s/ *Zachariah S. Harrington*
                    Matthew J. Antonelli
                    Texas Bar No. 24068432
                    matt@ahtlawfirm.com
                    Zachariah S. Harrington
                    Texas Bar No. 24057886
                    zac@ahtlawfirm.com
                    Larry D. Thompson, Jr.
                    Texas Bar No. 24051428
                    larry@ahtlawfirm.com
                    Christopher Ryan Pinckney
                    Texas Bar No. 24067819
                    ryan@ahtlawfirm.com
                    Rehan M. Safiullah
                    Texas Bar No. 24066017
                    rehan@ahtlawfirm.com

                    ANTONELLI, HARRINGTON
                    & THOMPSON LLP
                    4306 Yoakum Blvd., Ste. 450

Houston, TX 77006
(713) 581-3000

*Attorneys for Far North Patents, LLC*